# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 25, 2026

Lyle W. Cayce
Clerk

No. 25-11059
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Oscar Adrian Gonzalez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CR-129-1

———————————————————

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Oscar Adrian Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzalez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-11059

well as Gonzalez's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.